UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD B. MOORE,
    Plaintiff,

v.                                          Case No. 5:20-cv-57-RV/MJF

RICKY D. DIXON,
    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 6, 2022 (ECF No. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with orders of this court and failure to prosecute.

3.    The clerk of the court shall close the case file.

**DONE AND ORDERED** this 9th day of March 2022.

                                      s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**